

**SCURA • WIGFIELD • HEYER**
**STEVENS • CAMMAROTA, LLP**

www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

▲■ John J. Scura III, Esq.          ● Guillermo J. Gonzalez, Esq.       Roshni Shah, Esq.
   David C. Wigfield, Esq.          ●◆ Mark T. Matri, Esq.              Paul S. Evangelista, Esq.
 ● Christopher Heyer, Esq.             Carlos D. Martinez, Esq.       ◆ Joseph A. Hallock, Esq. (Of Counsel)
 ● David L. Stevens, Esq.              Jamal Romero, Esq.                Erich H. Kamm, Esq. (Of Counsel)
 ● Pietro Cammarota, Esq.              Timothy J. Bartzos, Esq.

■ Certified by the Supreme Court of New Jersey    ● Also admitted in New York    ▲ Also admitted in Pennsylvania    ◆ Also admitted in Florida
  as a Civil Trial Attorney

September 25, 2025

To: All Creditors

        **Re: Adjourned 341(a) Meeting of Creditors**
        **Rodrigo Alexander Ocampo**
        **Bankruptcy Case: 25-18161- VFP**

Dear Sir/Madam,

    Please be advised that the 341(a) Meeting of Creditors hearing in this matter has been adjourned to Tuesday, October 21, 2025, at 02:00 pm.

    Thank you.

                                                   Very truly yours,

                                                 */s/ Jamal J Romero*
                                                 Jamal J Romero, Esq.

**Wayne**                  **Secaucus**                **Hackensack**           **Newark***
1599 Hamburg Tpke          1 Harmon Meadow Blvd        3 University Plaza       One Gateway Center
Wayne, NJ 07470            Suite 201                   Suite 207                Suite 2600
*Mailing Address*          Secaucus, NJ 07094          Hackensack, NJ 07601     Newark, NJ 07102

*Meeting location - by appointment only.