## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:  	Case No. 25-18161-VFP
	Chapter 13

Rodrigo Alexander Ocampo

Debtor(s).

## NOTICE OF APPEARANCE

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of January, 2026, to the following:

Jamal J Romero
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
jromero@scura.com
***Attorney for Debtor(s)***


Marie-Ann Greenberg
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
Info@magtrustee.com
***Chapter 13 Trustee***


U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Rodrigo Alexander Ocampo
146 Cambridge Ave
Saddle Brook, NJ 07663

***Debtor(s)***

                                                     By:       /s/ Steven K. Eisenberg
                                                                 Steven K. Eisenberg, Esquire