UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Global Lending Services LLC*

In re:

Rodrigo Alexander Ocampo
*aka* Rodrigo A. Ocampo

Debtor.

Order Filed on February 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 25-18161-VFP

Hearing Date: February 19, 2026

Judge Vincent F. Papalia

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:                 Rodrigo Alexander Ocampo
Case No.:               25-18161-VFP
Caption of Order:       **CONSENT ORDER RESOLVING OBJECTION TO
                        CONFIRMATION OF PLAN**

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of

Plan ("Objection") filed by Global Lending Services LLC ("Creditor"), and whereas the Debtor

and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1.      Creditor is the lienholder on the title of the following vehicle: 2022 Nissan Frontier,

VIN: 1N6ED1EK3NN606815.

2.      Creditor's Proof of Claim Number 8-1 with respect to the lien on the vehicle is

deemed unaffected by this bankruptcy case.

3.      This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:


*/s/ Jamal Romero*                          */s/Gavin N. Stewart*
Jamal Romero, Esq.                          Gavin N. Stewart, Esq.
Scura, Wigfield, Heyer, Stevens &           Stewart Legal Group, P.L.
Cammarota, LLP                              401 East Jackson Street, Suite 2340
1599 Hamburg Turnpike                       Tampa, FL 33602
Wayne, NJ 07470                             *Counsel for Creditor*
*Counsel for Debtors*