UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Global Lending Services LLC*

In re:

Rodrigo Alexander Ocampo
*aka* Rodrigo A. Ocampo

Debtor.

Order Filed on February 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 25-18161-VFP

Hearing Date: February 19, 2026

Judge Vincent F. Papalia

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:              Rodrigo Alexander Ocampo
Case No.:            25-18161-VFP
Caption of Order:    **CONSENT ORDER RESOLVING OBJECTION TO
                     CONFIRMATION OF PLAN**

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of

Plan ("Objection") filed by Global Lending Services LLC ("Creditor"), and whereas the Debtor

and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. Creditor is the lienholder on the title of the following vehicle: 2022 Nissan Frontier,

VIN: 1N6ED1EK3NN606815.

2. Creditor's Proof of Claim Number 8-1 with respect to the lien on the vehicle is

deemed unaffected by this bankruptcy case.

3. This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:


*/s/ Jamal Romero*                        */s/Gavin N. Stewart*
Jamal Romero, Esq.                        Gavin N. Stewart, Esq.
Scura, Wigfield, Heyer, Stevens &         Stewart Legal Group, P.L.
Cammarota, LLP                            401 East Jackson Street, Suite 2340
1599 Hamburg Turnpike                     Tampa, FL 33602
Wayne, NJ 07470                           *Counsel for Creditor*
*Counsel for Debtors*

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 25-18161-VFP

Rodrigo Alexander Ocampo                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID            Recipient Name and Address**
db                   + Rodrigo Alexander Ocampo, 146 Cambridge Ave, Saddle Brook, NJ 07663-5102

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
                                  on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                                  on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com

Jamal J Romero
                                  on behalf of Debtor Rodrigo Alexander Ocampo jromero@scura.com
                                  dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;MOueslati@scura.com;ralrehaili&#064

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Steven Eisenberg
                                  on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
                                  jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

District/off: 0312-2                                    User: admin                                          Page 2 of 2
Date Rcvd: Feb 24, 2026                          Form ID: pdf903                                   Total Noticed: 1

Steven P. Kelly
                          on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7