UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

**Order Filed on March 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Rodrigo Alexander Ocampo

　　　Debtor

Case Number: 25-18161-VFP

Judge: Vincent F. Papalia

Hearing Date(s): February 19, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

DATED: March 10, 2026

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

| | |
|---|---|
| Applicant: | CrossCountry Mortgage, LLC |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Jamal J Romero |
| Property Involved ("Collateral"): | 146 Cambridge Ave, Saddle Brook, NJ 07663 |

Relief sought:   ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay
against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

☒  The Debtor is overdue for **4** months, from **11/01/2025** to **02/01/2026**.

☒  The Debtor is overdue for **4** payments at **$3,204.24** per month.

☐  The Debtor is assessed for ___ late charges at $_____ per month.

☒  Applicant acknowledges Debtor's Suspense Account in the amount of **$3,040.85**.

Total Arrearages Due **$9,776.11**.

2.  Debtor must cure all post-petition arrearages, as follows:

☐  Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

2

☒   Beginning on **March 1, 2026,** regular monthly mortgage payments shall continue to be made in the amount of **$3,204.24** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☒   Beginning on **March 1, 2026,** additional monthly cure payments shall be made in the amount of **$1,629.35** for **5** months and **$1,629.36** for **1** month.

☐   The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐   Immediate payment:                     _____

                                                            _____

                                                            _____

☒   Regular monthly payment:          **Nationstar Mortgage LLC**
                                                            **Attn: Bankruptcy Department**
                                                            **PO Box 619094**
                                                            **Dallas, TX 75261-9741**

☒   Monthly cure payment:               **Nationstar Mortgage LLC**
                                                            **Attn: Bankruptcy Department**
                                                            **PO Box 619094**
                                                            **Dallas, TX 75261-9741**

4. In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

3

☒ In the event that the case is dismissed, discharged or converted to a different chapter under the Bankruptcy Code, the terms and conditions of this Agreed Order shall be null and void.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney's fees of $1,375.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

Jamal J Romero, Esquire
Counsel for Debtor

/s/ Steven Kelly          03/06/2026

Steven Kelly, Esquire

STERN & EISENBERG, PC
Attorney for Movant

Rev.8/1/15

4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-18161-VFP

Rodrigo Alexander Ocampo                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                          User: admin                                          Page 1 of 2

Date Rcvd: Mar 10, 2026                               Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

**Recip ID                          Recipient Name and Address**
db                             + Rodrigo Alexander Ocampo, 146 Cambridge Ave, Saddle Brook, NJ 07663-5102

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Rodrigo Alexander Ocampo jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;MOueslati@scura.com;ralrehaili&#064 |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |

District/off: 0312-2                          User: admin                                      Page 2 of 2
Date Rcvd: Mar 10, 2026                       Form ID: pdf903                                   Total Noticed: 1

Steven P. Kelly
                        on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7