**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

 IN RE:
    RODRIGO ALEXANDER OCAMPO



**Order Filed on March 20, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  25-18161**

**Hearing Date:  03/19/2026**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 20, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  RODRIGO ALEXANDER OCAMPO

Case No.:  25-18161VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/19/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/19/2026 of the plan filed on 08/01/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 04/02/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.