Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–18161–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodrigo Alexander Ocampo
aka Rodrigo A. Ocampo
146 Cambridge Ave
Saddle Brook, NJ 07663

Social Security No.:
xxx–xx–4045

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/1/2025 and a confirmation hearing on such Plan has been scheduled for 10/16/2025.

The debtor filed a Modified Plan on 4/2/2026 and a confirmation hearing on the Modified Plan is scheduled for 5/7/2026 at 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: April 6, 2026
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-18161-VFP

Rodrigo Alexander Ocampo                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                          Page 1 of 3
Date Rcvd: Apr 06, 2026                 Form ID: 186                         Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodrigo Alexander Ocampo, 146 Cambridge Ave, Saddle Brook, NJ 07663-5102 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Jenelle C. Arnold ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego,, CA 92108-3808 |
| 520767186 | + | Holy Name Medical Center, 718 Teaneck Road, Teaneck, NJ 07666-4281 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 06 2026 21:03:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520767174 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 06 2026 21:06:32 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520767177 | ^ | MEBN | Apr 06 2026 20:58:35 | Apothaker Scian P.C., 100 Century Parkway, Suite 310, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 520767179 | | Email/Text: bankruptcy@cavps.com | Apr 06 2026 21:05:00 | Cavalry Portfolio Services, LLC, 4050 E Cotton Center Blvd, Suite 20, Phoenix, AZ 85040 |
| 520767178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 21:06:09 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520773174 | | Email/Text: mrdiscen@discover.com | Apr 06 2026 21:03:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520831626 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2026 21:05:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520767180 | + | Email/Text: dlewis@csandw-llp.com | Apr 06 2026 21:04:00 | Celentano, Stadtmauer & Walentwicz, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520767181 | + | Email/Text: BNKO@cpcrecovery.com | Apr 06 2026 21:05:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Drive, Suite 200, Hopkins, MN 55343-9111 |
| 520767182 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2026 21:05:00 | Citibank, N.A., 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 520837413 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2026 21:03:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 06, 2026 | Form ID: 186 | Total Noticed: 34

| Recip ID | Method | Email/Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 520767183 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2026 21:03:00 | Crosscountry/Mr Cooper, 2160 Superior Avenue E, Cleveland, OH 44114-2102 |
| 520767184 | | Email/Text: mrdiscen@discover.com | Apr 06 2026 21:03:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520767185 | + | Email/Text: data_processing@fin-rec.com | Apr 06 2026 21:04:00 | Financial Recovery Services, Inc., P.O. Box 21405, Saint Paul, MN 55121-0405 |
| 520827508 | | Email/Text: bankruptcy@glsllc.com | Apr 06 2026 21:03:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 520767187 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2026 21:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520789305 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 06 2026 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520767188 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 06 2026 21:06:08 | JPMorgan Chase Card, 201 N Walnut Street, Wilmington, DE 19801-2920 |
| 520767189 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2026 21:06:30 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520771358 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2026 21:06:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520767190 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 06 2026 21:03:00 | Nissan-Infiniti LT, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 520839273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2026 21:06:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520767191 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2026 21:06:30 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 520767192 | | Email/Text: signed.order@pfwattorneys.com | Apr 06 2026 21:03:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520825404 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 06 2026 21:03:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520767193 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 06 2026 21:03:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520808015 | + | Email/Text: bncmail@w-legal.com | Apr 06 2026 21:04:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520767175 | *+ | Affirm Inc, 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520767176 | *+ | Affirm Inc., 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2                            User: admin                                    Page 3 of 3
Date Rcvd: Apr 06, 2026                         Form ID: 186                                    Total Noticed: 34

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Gavin Stewart
                                on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com

Jamal J Romero
                                on behalf of Debtor Rodrigo Alexander Ocampo jromero@scura.com
                                dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s

Marie-Ann Greenberg
                                magecf@magtrustee.com

Matthew K. Fissel
                                on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg
                                on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
                                jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                                on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                                USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7