

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | **Order Filed on May 8, 2026**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>  RODRIGO ALEXANDER OCAMPO | Case No.:  **25-18161VFP**<br><br>**Hearing Date:  5/7/2026**<br><br>**Judge:  VINCENT F. PAPALIA** |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 8, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):   RODRIGO ALEXANDER OCAMPO

Case No.:  25-18161VFP

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 05/07/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must make a payment of $2,800.00 the Trustee by 5/21/2026 and said payment must be received and posted by the Trustee by 5/21/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/4/2026 at 9:45 AM.