**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

　RODRIGO ALEXANDER OCAMPO



Order Filed on May 8, 2026
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  25-18161VFP**

**Hearing Date:  5/7/2026**

**Judge:  VINCENT F. PAPALIA**

## INTERIM ORDER ON CONFIRMATION HEARING

　The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 8, 2026**

_Vincent F. Papalia_
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　Honorable Vincent F. Papalia
　United States Bankruptcy Judge

Case No.:  25-18161VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

     THIS MATTER having been scheduled before the Court on 05/07/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must make a payment of $2,800.00 the Trustee by 5/21/2026 and said payment must be received and posted by the Trustee by 5/21/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/4/2026 at 9:45 AM.

United States Bankruptcy Court

District of New Jersey

In re:

Rodrigo Alexander Ocampo

    Debtor

Case No. 25-18161-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: May 08, 2026

User: admin

Form ID: pdf903

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Rodrigo Alexander Ocampo, 146 Cambridge Ave, Saddle Brook, NJ 07663-5102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Rodrigo Alexander Ocampo jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |

District/off: 0312-2                                    User: admin                                         Page 2 of 2
Date Rcvd: May 08, 2026                          Form ID: pdf903                                   Total Noticed: 1

Steven P. Kelly

      on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7