Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−18161−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodrigo Alexander Ocampo
   aka Rodrigo A. Ocampo
   146 Cambridge Ave
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−4045

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/24/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 24, 2026
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-18161-VFP

Rodrigo Alexander Ocampo                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                    Page 1 of 3

Date Rcvd: May 26, 2026             Form ID: 148                 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodrigo Alexander Ocampo, 146 Cambridge Ave, Saddle Brook, NJ 07663-5102 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Jenelle C. Arnold ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego,, CA 92108-3808 |
| 520767186 | + | Holy Name Medical Center, 718 Teaneck Road, Teaneck, NJ 07666-4281 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2026 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2026 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 26 2026 22:44:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520767174 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 26 2026 22:46:08 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520767177 | ^ | MEBN | May 26 2026 22:38:23 | Apothaker Scian P.C., 100 Century Parkway, Suite 310, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 520767179 | | Email/Text: bankruptcy@cavps.com | May 26 2026 22:45:00 | Cavalry Portfolio Services, LLC, 4050 E Cotton Center Blvd, Suite 20, Phoenix, AZ 85040 |
| 520767178 | + | EDI: CAPITALONE.COM | May 27 2026 02:25:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520773174 | | EDI: DISCOVER | May 27 2026 02:25:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520831626 | + | Email/Text: bankruptcy@cavps.com | May 26 2026 22:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520767180 | + | Email/Text: dlewis@csandw-llp.com | May 26 2026 22:44:00 | Celentano, Stadtmauer & Walentwicz, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520767181 | + | Email/Text: BNKO@cpcrecovery.com | May 26 2026 22:45:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Drive, Suite 200, Hopkins, MN 55343-9111 |
| 520767182 | + | Email/Text: bankruptcy@cavps.com | May 26 2026 22:45:00 | Citibank, N.A., 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 520837413 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2026 22:44:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: May 26, 2026 | Form ID: 148 | Total Noticed: 34

| Recip ID | Notice Type / Address | Date/Time | Name and Address |
|---|---|---|---|
| 520767183 | + Email/Text: nsm_bk_notices@mrcooper.com | May 26 2026 22:44:00 | Crosscountry/Mr Cooper, 2160 Superior Avenue E, Cleveland, OH 44114-2102 |
| 520767184 | EDI: DISCOVER | May 27 2026 02:25:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520767185 | + Email/Text: data_processing@fin-rec.com | May 26 2026 22:44:00 | Financial Recovery Services, Inc., P.O. Box 21405, Saint Paul, MN 55121-0405 |
| 520827508 | Email/Text: bankruptcy@glsllc.com | May 26 2026 22:43:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 520767187 | + EDI: IRS.COM | May 27 2026 02:25:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520789305 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 26 2026 22:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520767188 | + EDI: JPMORGANCHASE | May 27 2026 02:25:00 | JPMorgan Chase Card, 201 N Walnut Street, Wilmington, DE 19801-2920 |
| 520767189 | + Email/PDF: resurgentbknotifications@resurgent.com | May 26 2026 22:46:23 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 520771358 | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2026 22:46:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520767190 | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 26 2026 22:44:00 | Nissan-Infiniti LT, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 520839273 | EDI: PRA.COM | May 27 2026 02:31:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520767191 | EDI: PRA.COM | May 27 2026 02:31:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 520767192 | Email/Text: signed.order@pfwattorneys.com | May 26 2026 22:44:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520825404 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 26 2026 22:44:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520767193 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 26 2026 22:44:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520808015 | + Email/Text: bncmail@w-legal.com | May 26 2026 22:44:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520767175 | *+ | Affirm Inc, 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |
| 520767176 | *+ | Affirm Inc., 633 Folsom Street, Floor 7, San Francisco, CA 94107-3618 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2                                 User: admin                                            Page 3 of 3
Date Rcvd: May 26, 2026                         Form ID: 148                                      Total Noticed: 34

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Rodrigo Alexander Ocampo jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7